Case 16-37104    Doc 10    Filed 11/23/16    Entered 11/28/16 09:29:45    Desc Main
Document    Page 1 of 1

16-37104:5.0:Application for Installment Agreement:Main Document Entered: 11/22/2016 11:04:07 AM by:Aaron Bowles Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1: Christal Allen
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (if known): 16-37104

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 | 12-6-16 |
| $ 100 | 12-27-16 |
| $ 100 | 1-23-17 |
| + $ _____ | _____ |
| Total $ _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

NOV 23 2016    By the court: J. Cox  *Jacqueline P. Cox*
Month / day / year                          United States Bankruptcy Judge